1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

QUILLON EDWARD CLEMONS,

                        Plaintiff,

    v.

SHERIFF PAUL PASTOR, MARTHA
KARR, JUDY SNOW, ERIKA
ZIMMERMAN, and MARY SCOTT,

                       Defendants.

No. C10-5235 RJBKLS

ORDER DENYING PLAINTIFF'S
MOTIONS TO AMEND AND FOR JURY
TRIAL

14

15

16
Presently before the court are Plaintiff's motions to amend (Dkts. 24 and 25) and Motion for Trial and Jury Demand (Dkt. 27).  The court's Order dated July 29, 2010 addressed similar motions and its rulings render the present motions moot.

17
Accordingly, it is **ORDERED:**

18

19
(1)    Plaintiff's motions to amend (Dkts. 24 and 25) and Motion for Trial and Jury Demand (Dkt. 27) are **DENIED as moot.**

20

21

22
(2)    The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

23
DATED this __16th__ day of August, 2010.

24

25

26
Karen L. Strombom
United States Magistrate Judge

ORDER - 1