1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILLON EDWARD CLEMONS,

                          Plaintiff,

   v.

SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, ERIKA ZIMMERMAN, and MARY SCOTT,

                          Defendants.

No. C10-5235 RJB/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 36), and the remaining record, does hereby find and **ORDER**:

(1)    To prevail on a motion for summary judgment, the moving party has the burden to establish that there is "no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c); *Celotex Corp v. Catrett,* 477 U.S. 317, 325 (1986). The moving party must inform the district court of the basis for its motion, and identify those portions of the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, which it believes demonstrate the absence of a genuine issue of material fact. Id. at 323. Plaintiff makes only conclusory allegations that he is entitled to summary judgment. He has not met his burden to show that he is entitled to judgment as a matter of law. Accordingly, the Court ADOPTS the Report and Recommendation (Dkt. 36).

(2)    Plaintiff's motion for summary judgment (Dkt. 28) is DENIED.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 15th day of September, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 2