UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILLON EDWARD CLEMONS,

        Plaintiff,

v.

SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, ERIKA ZIMMERMAN, and MARY SCOTT,

        Defendants.

No. C10-5235 RJB/KLS

ORDER DENYING MOTION FOR DISCOVERY

Before the court is Plaintiff's motion for issuance of subpoena. ECF No. 46. Plaintiff's motion is frivolous. Plaintiff was previously advised that all discovery in this matter is STAYED pending further order of the court. ECF No. 43, p. 2. Plaintiff was advised that he shall not be permitted to conduct discovery until an acceptable complaint has been filed. *Id.* He has not yet done so. In addition, any discovery plaintiff wishes to procure from defendants **[after the stay has been lifted]**, must be made through the discovery rules set forth in Fed. R. Civ. P. 26 through 37. Such requests are not made by motion to the court. *Id.*

Accordingly, Plaintiff's motion for issuance of subpoena (ECF No. 46) is **DENIED.** The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   20th   day of January, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1