UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUILLON EDWARD CLEMONS,

    Plaintiff,

  v.

SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, ERIKA ZIMMERMAN, MARY SCOTT, OFFICER NIELS and OFFICER RANKIN,

    Defendants.

NO. C10-5235 RJB/KLS

ORDER REGARDING PLAINTIFF'S "BRIEF IN SUPPORT OF AMENDED COMPLAINT"

Before the Court is Plaintiff's Brief "in support of his amended complaint," with two "witness affidavits." ECF No. 64. On December 22, 2010, Plaintiff was granted leave to file an amended complaint to state facts as to his claims relating to: (1) medical care; (2) temperature in his cell; (3) sanitary conditions of his cell; (4) excessive noise; and (5) failure to train subordinates. ECF No. 43. Plaintiff's amended complaint was filed on April 6, 2011. ECF No. 58. On April 12, 2011, the Court directed service of the amended complaint. ECF No. 59. There are no motions pending.

Plaintiff must include all exhibits and attachments with his amended complaint and they may not be sent in separately to be "included" in his amended complaint at a later time. Due to the number of pages involved and the pleading requirements of a complaint, the Court will not consider these pages as part of Plaintiff's amended

complaint and no action will be taken on them at this time. However, the documents have been filed under ECF No. 64.

**DATED** this 24th_ day of May, 2011.

Karen L. Strombom
United States Magistrate Judge