UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| QUILLON EDWARD CLEMONS, | |
|---|---|
| Plaintiff, | |
| v. | No. C10-5235 RJB |
| SHERIFF PAUL PASTOR, MARTHA KARR, JUDY SNOW, ERIKA ZIMMERMAN, and MARY SCOTT, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, dated September 12, 2011. Dkt. 77. No objections have been filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This action is **Dismissed With Prejudice**. Plaintiff's motions for summary judgment and for investigation (ECF Nos. 53 and 54) are **Denied.**

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 4th day of October, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2