# United States District Court
WESTERN DISTRICT OF WASHINGTON

QUILLON EDWARD CLEMONS

          v.

SHERIFF PAUL PASTOR, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5235RJB

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation;

2. This action is **Dismissed With Prejudice**. Plaintiff's motions for summary judgment and for investigation (ECF Nos. 53 and 54) are **Denied.**


October 7, 2011                                             WILLIAM M. McCOOL
Date                                                                         Clerk

                                                                           *s/CM Gonzalez*
                                                                           Deputy Clerk